IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs                                                              COURT NO. 4:10-mj-_250_ MSH

DENNIS C. JONES

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 2259709

That on or about May 16, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DENNIS C. JONES, did unlawfully drive a motor vehicle while his driver's license was suspended/revoked; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-5-121.

COUNT II

VIOLATION NO. 2259708

That on or about May 16, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DENNIS C. JONES, did knowingly drive a motor vehicle at a time when the vehicle registration of such vehicle was suspended, canceled, or revoked; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-15.

## COUNT III

### VIOLATION NO. 2259710

That on or about May 16, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DENNIS C. JONES, did unlawfully operate a motor vehicle without effective insurance; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-10.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

By: KEITH A. STEWART, JR.
SPECIAL ASSISTANT U.S. ATTORNEY