# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | Case Number 4:10-MJ-250-001 (MSH) |
| DENNIS JONES | USM Number: |

*Pro Se*_____
Defendant's Attorney

## THE DEFENDANT:

☒  pleaded guilty to count 1.

☐  pleaded nolo contendere to count(s) which was accepted by the court.

☐  was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13 i/c/w O.C.G.A. § 40-5-20 | No Driver's License | 05/16/10 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) .

☒  Count(s) 2 and 3 Dismissed.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material changes in economic circumstances.

January 27, 2011_____
Date of Imposition of Judgment

Signature of Judge
STEPHEN HYLES, United States Magistrate Judge

2.11.11_____
Date

DEFENDANT: DENNIS JONES
CASE NUMBER 4:10-MJ-250-001 (MSH)
DISTRICT: MIDDLE DISTRICT OF GEORGIA

Judgment - Page 2

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Fine | Restitution | Processing Fee |
|---|---|---|---|---|
| TOTALS | $ 25.00 | $ 250.00 | $ 0 | $ 25.00 |

☐     The determination of restitution is deferred until     . An *Amended Judgment in a Criminal Case* will be entered after such a determination.

☐     The defendant must make restitution (including community restitution) to the following victims in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

☐     Restitution amount ordered pursuant to plea agreement $

☐     The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments sheet may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐     The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that:

      ☐     the interest requirement is waived for the    ☐    fine    ☐    restitution.

      ☐     the interest requirement is waived for the    ☐    fine    ☐    restitution is modified as follows:

*Findings for the total amount of losses are required under Chapter 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DENNIS JONES
CASE NUMBER 4:10-MJ-250-001 (MSH)
DISTRICT: MIDDLE DISTRICT OF GEORGIA

Judgment - Page 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐      Lump sum payment of $    Due immediately, balance due

       ☐     not later than    , or

       ☐     in accordance with     ☐ C, ☐ D, ☐ E; or ☐ F below; or

**B** ☒      Payment to begin immediately (may be combined with     ☐ C, ☐ D, or ☒ F below; or

**C** ☐      Payment in equal installments of $ over a period of , to commence 60 days after the date of this judgment; or

**D** ☐      Payment in equal _____ installments of $ over a period of , to commence 60 days after release from imprisonment to a term of supervision; or

**E** ☐      Payment during the term of supervised release will commence within 30 days after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒      Special instructions regarding the payment of criminal monetary penalties:

      All monetary criminal penalties shall be paid to the Central Violations Bureau no later than March 26, 2011.

Criminal monetary penalties are due in full immediately and payable to the clerk of the court. The value of any future discovered assets may be applied to offset the balance of criminal monetary penalties. The Defendant may be included in the Treasury Offset Program allowing qualified federal benefits to be applied to offset the balance of criminal monetary penalties.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several
      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.